PUBLIC ENTITY FILING

WAYNE W. WINTHERS, CITY ATTY. #134659
DENAH H. HOARD, ASSIST. CITY ATTY. #175316
CITY OF ORANGE
300 East Chapman Avenue
Orange, California 92866
(714) 744-5580

Attorneys for Defendant CITY OF ORANGE, (erroneously also sued as ORANGE POLICE DEPARTMENT)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE POLICE DEPARTMENT; CITY OF ORANGE; COUNTY OF ORANGE; THE STATE OF CALIFORNIA and DOES 1 to 50,<br><br>Defendants, | CASE NO.: 8:15-CV-02098<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE, pursuant to *L.R. 83-1.3.1*, the above entitled action is related to the case of *Jorge Nolasco v. Orange Police Department; City of Orange; County of Orange; the State of California and Does 1 to 50*, California Superior Court Case number 30-2015-00822156, which is also the subject of removal by this Defendant, City of Orange (erroneously also sued as ORANGE POLICE DEPARTMENT).

//

//

//

PUBLIC ENTITY FILING

Both *Martinez* and *Nolasco* are substantially related and have similar questions of law under 42 U.S.C. § 1983 and arise out of the same use of force by the Orange Police Department.

Dated: December 17, 2015

CITY OF ORANGE
Wayne W. Winthers, City Attorney

By: __/s/ Denah H. Hoard________________
Denah H. Hoard, Assistant City Attorney
Attorney for Defendant, CITY OF ORANGE